U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2012 MAY 31 PM 12:48
CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim No.: 5:11-CR-47 |
| KAREN FLANDERS, ) | |
| Defendant ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1

From in or about March 2011, to in or about April 2011, in the District of Vermont and elsewhere, defendant KAREN FLANDERS, knowingly and willfully conspired with others, known and unknown, to distribute a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 846)

*Tristram J. Coffin*
TRISTRAM J. COFFIN (WLF)
United States Attorney

Burlington, Vermont
May 31, 2012